MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

MISENHEIMER v. RITCHIE. From Stanly. *Jerome* for plaintiff; *Price* for defendant. Affirmed.

SNOW v. TRANSYLVANIA RAILROAD CO. From Henderson. *Craig* for plaintiff (appellant); *Shuford* and *Shepherd* for defendant. Affirmed.

COBB v. RHEA. From Buncombe. *Barnard* for plaintiff (petitioner); *Shuford, contra*. Petition to rehear dismissed.

GILES v. W. U. TEL. CO. From Buncombe. *Murphy* for plaintiff; *F. H. Busbee* for defendant (appellant). Affirmed.

GREEN v. GREEN. From Jackson. *Moore & Shepherd* for plaintiff; *Horne & Mann* for defendant (appellant). Affirmed.

FRAZIER v. QUEEN. From Swain. *Fry* for plaintiff (appellant); *Bryson & Black* for defendant. Affirmed.

KINSEY v. NOTLA MARBLE CO. From Cherokee. Dismissed under Rule 17.

ROPER v. N. C. MINING CO. From Macon. Dismissed under Rule 17.

STATE v. MILLER. From Union. *Attorney-General* for the State; *Williams & Lemmond* for the defendant (appellant). *Per Curiam*—Upon examination of the record we find no sufficient evidence against the defendant, James Miller, and we therefore award a new trial. New Trial.